IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
EASTERN DIVISION

**CARL DANIEL JACKSON, ADC # 980003**                              **PLAINTIFF**

v.                       Case No. 2:06-CV00092 JLH/HDY

**CALVIN SPEED,** *et al*                                           **DEFENDANT(S)**

<u>**TRANSPORT ORDER**</u>

The above-styled cause is scheduled for a jury trial to begin on **Tuesday, January 19, 2010 at 8:30 a.m.**, before the undersigned, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, AR.

**IT IS THEREFORE ORDERED** that the Central Office of the Arkansas Department of Corrections is directed to ensure the attendance of **Daniel K. Strickland, ADC# 092586**, who is presently confined in the Arkansas Department of Corrections, Tucker Maximum Security Unit, at the jury trial scheduled to commence at **8:30 a.m. on Tuesday, January 19, 2010, and each day thereafter until the trial is concluded**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, AR.

**IT IS SO ORDERED** this 14th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE

_____
DATE